# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GERALD DEWAYNE BREWSTER,** | ) |
| Petitioner, | ) |
| v. | ) 2:09-cv-00631-RDP-JEO |
| **WARDEN BOYD; THE ATTORNEY GENERAL OF THE STATE OF ALABAMA,** | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

The Magistrate Judge filed findings and recommendation on September 26, 2011, recommending that the petition for writ of *habeas corpus* be denied. No objections have been filed.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the transcript from the federal evidentiary hearing, and the findings and recommendation, the court is of the opinion that the Magistrate Judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of *habeas corpus* is due to be denied. A final judgment will be entered.

**DONE** and **ORDERED** this \_\_\_\_13th\_\_\_\_ day of October, 2011.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

---

[1] Although Petitioner requested additional time to respond to the Magistrate Judge's report (Doc. #38), and the court granted the motion and provided Petitioner with the requested seven day extension, no objections were filed by the due date, October 3, 2011.